DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. MOORE

No. 242PA86.

Case below: 79 N.C. App. 666.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 12 August 1986 with review is limited to consideration of (1) the validity of the search, and (2) the admissibility of the evidence seized pursuant thereto 12 August 1986.

STATE v. NORWOOD

No. 387P86.

Case below: 44 N.C. App. 174.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals treated as a motion to reconsider his prior petition for certiorari (315 N.C. 188) and allowed on 12 August 1986, with an order remanding the case for consideration of defendant's appeal.

STATE v. OLIVER

No. 433P86.

Case below: 81 N.C. App. 157.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

STATE v. RAINES

No. 427PA86.

Case below: 81 N.C. App. 299.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 12 August 1986. Motion by State to dismiss appeal for lack of substantial constitutional question denied 12 August 1986.

STATE v. RANSOM

No. 444P86.

Case below: 80 N.C. App. 711.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 12 August 1986.